USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DANIEL EXCELLENT, a/k/a Daniel Thomas,

              Petitioner,

    - against -                       05 Civ. 7655 (DAB)
                                          ADOPTION OF REPORT
THE NEW YORK CITY POLICE DEPARTMENT,    AND RECOMMENDATION
Commissioner RAYMOND KELLY, ROBERT
MORGENTHAU, Current Day to Day Custodian,
and Warden MILLS MORTON of Bergen County
Jail,

              Defendants.
----------------------------------------X
DEBORAH A. BATTS, United States District Judge.

      This matter is before the Court upon the December 16, 2008 Report and Recommendation of United States Magistrate Judge Henry Pitman. No objections to said Report and Recommendation have been filed.

      Having reviewed the Report and Recommendation and finding no clear error on the face of the record, See Rule 72, Fed. R. Civ. P., Notes of Advisory Committee on Rules (citing Campbell v. United States Dist. Court, 501 F.2d 196, 206 (9th Cir.), cert. denied, 419 U.S. 879 (1974)), it is hereby

      ORDERED AND ADJUDGED as follows:

      1.    The Report and Recommendation of United States Magistrate Judge Henry Pitman dated December 16, 2008 be and the same hereby is approved, adopted, and ratified by the Court;

2.   Defendant's motion for dismissal of the petition due to lack of subject matter jurisdiction is GRANTED and Plaintiff's petition shall be DISMISSED;

3.   The Clerk of the Court is directed to dismiss the petition and close the docket in this matter.

SO ORDERED

DATED:   New York, New York
         January 16, 2009

_____
DEBORAH A. BATTS
U.S.D.J.